# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES,

    Plaintiff,

    v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant,
and

NORTHWEST PULP & PAPER ASS'N, et al.,

    Defendant-Intervenors

No. 2:14-cv-0196-RSM

**ORDER GRANTING JOINT AND UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

The Court, having considered the Joint and Unopposed Motion to Amend the Scheduling Order, and for good cause shown, hereby GRANTS the Motion.

Accordingly, IT IS HEREBY ORDERED:

1. The Scheduling Order previously entered by this Court (ECF Nos. 77 and 79) is hereby replaced with the following Amended Scheduling Order:

| ACTION REQUIRED | DATE |
| --- | --- |
| EPA shall file its final administrative record(s). | November 3, 2017 |
| NWEA shall file its motion for summary | December 11, 2018 |

Amended Scheduling Order
No. 2:14-cv-0196-RSM      1

| | |
|---|---|
| judgment. | |
| EPA shall file its memorandum in opposition and separate dispositive cross-motion. | February 5, 2018 |
| Intervenor-Defendants State, Washington Cattlemen's Association, and the Northwest Pulp and Paper Association et al. shall file separate memorandums in opposition and separate dispositive cross-motions. | February 19, 2018 |
| NWEA shall file oppositions to the cross-motions and its reply brief. | March 26, 2018 |
| EPA shall file a reply on its cross-motion. | April 26, 2018 |
| Intervenor-Defendants shall file replies on their cross-motions. | May 10, 2018 |

Dated this 29th day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Amended Scheduling Order
No. 2:14-cv-0196-RSM                    2

Presented by:

/s/ David J. Kaplan
David J. Kaplan
U.S. Department of Justice/ENRD
601 D St. NW
P.O. Box 7611
Washington, D.C. 20044-7611

Attorney for Federal Defendants