# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant,<br>and<br><br>NORTHWEST PULP & PAPER ASS'N, et al.,<br><br>Defendant-Intervenors | No. C14-196 RSM<br><br>**ORDER GRANTING JOINT AND UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** |

The Court, having considered the Joint and Unopposed Motion to Amend the Scheduling Order, and for good cause shown, hereby GRANTS the Motion.

Accordingly, IT IS HEREBY ORDERED:

1. The Scheduling Order previously entered by this Court (Dkt. #83) is hereby replaced with the following Amended Scheduling Order:

| ACTION REQUIRED | DATE |
|---|---|
| EPA shall file its final administrative record(s). | January 8, 2018 |
| NWEA shall file its motion for summary judgment. | March 9, 2018 |

Amended Scheduling Order
No. 2:14-cv-0196-RSM          1

| | |
|---|---|
| EPA shall file its memorandum in opposition and separate dispositive cross-motion. | May 4, 2018 |
| Intervenor-Defendants State, Washington Cattlemen's Association, and the Northwest Pulp and Paper Association et al. shall file separate memorandums in opposition and separate dispositive cross-motions. | May 19, 2018 |
| NWEA shall file oppositions to the cross-motions and its reply brief. | June 23, 2018 |
| EPA shall file a reply on its cross-motion. | July 26, 2018 |
| Intervenor-Defendants shall file replies on their cross-motions. | August 10, 2018 |

Dated this 2nd day of November, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ David J. Kaplan
David J. Kaplan
U.S. Department of Justice/ENRD
601 D St. NW
P.O. Box 7611
Washington, D.C. 20044-7611

Attorney for Federal Defendants