# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant, <br> and <br><br> NORTHWEST PULP & PAPER ASS'N, et al., <br><br> Defendant-Intervenors | No. C14-196 RSM <br><br> **ORDER GRANTING JOINT AND UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** |

The Court, having considered the Joint and Unopposed Motion to Amend the Scheduling Order, and for good cause shown, hereby GRANTS the Motion.

Accordingly, IT IS HEREBY ORDERED:

1. The Scheduling Order previously entered by this Court (ECF No. 83) is hereby replaced with the following Amended Scheduling Order:

| ACTION REQUIRED | DATE |
|---|---|
| NWEA shall file its motion for summary judgment. | August 9, 2018 |
| EPA shall file its memorandum in opposition and separate dispositive cross-motion. | October 4, 2018 |

Amended Scheduling Order

1

| | |
|---|---|
| Intervenor-Defendants State, Washington Cattlemen's Association, and the Northwest Pulp and Paper Association et al. shall file separate memorandums in opposition and separate dispositive cross-motions. | October 19, 2018 |
| NWEA shall file oppositions to the cross-motions and its reply brief. | November 26, 2018 |
| EPA shall file a reply on its cross-motion. | December 28, 2018 |
| Intervenor-Defendants shall file replies on their cross-motions. | January 10, 2019 |

Dated this 8th day of March 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ John H. Martin*
John H. Martin
U.S. DEPARTMENT OF JUSTICE
Environmental & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202

Attorney for Federal Defendant

Amended Scheduling Order

2