# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant, <br> and <br><br> NORTHWEST PULP & PAPER ASS'N, *et al.*, <br><br> Defendant-Intervenors | No. 2:14-cv-0196-RSM <br><br> ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION UNDER RULE 54(d) |

BEFORE THE COURT is the Parties' Stipulation and Joint Motion to Extend Deadline to File Motion Under Rule 54(d).

The Court finds that good cause has been shown and the requested relief should be granted.

Accordingly,

**IT IS SO ORDERED** that:

Order Granting Joint Motion
to Extend Deadline to File Rule 54(d) Motion
No. 2:14-cv-0196-RSM                                1

The time for any party to file a motion under Fed. R. Civ. P. 54(d) is hereby extended up to and including January 15, 2019.

DATED this 6 day of November 2018.

                                         RICARDO S. MARTINEZ
                                         CHIEF UNITED STATES DISTRICT JUDGE

Order Granting Joint Motion
to Extend Deadline to File Rule 54(d) Motion
No. 2:14-cv-0196-RSM                      2