# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant, <br> and <br><br> NORTHWEST PULP & PAPER ASS'N, *et al.*, <br><br> Defendant-Intervenors | No. 2:14-cv-0196-RSM <br><br> ORDER GRANTING STIPULATED JOINT MOTION TO STAY DEADLINE TO FILE MOTION UNDER RULE 54(d) |

BEFORE THE COURT is the Parties' Stipulated Motion to Stay Deadline to File Motion Under Rule 54(d). The Court finds that good cause has been shown and the requested relief should be granted.

Accordingly, **IT IS SO ORDERED** that the time for any party to file a motion under Fed. R. Civ. P. 54(d) is hereby stayed until further Order of the Court. Within one week of the date funding is restored to EPA and the U.S. Department of Justice the parties shall file a joint status report proposing a new date for any party to file a motion under Fed. R. Civ. P. 54(d).

DATED this 15 day of January, 2019.

                                                  RICARDO S. MARTINEZ
                                                  CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
John H. Martin
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1383
Fax: (303) 844-1350
john.h.martin@usdoj.gov

Attorney for Defendant EPA