# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant, <br> and <br><br> NORTHWEST PULP & PAPER ASS'N, et alia <br><br> Defendant-Intervenors | No. 2:14-cv-0196-RSM <br><br> **ORDER GRANTING STIPULATED MOTION TO SET NEW DEADLINE TO FILE MOTION UNDER RULE 54(d)** |

BEFORE THE COURT is the Parties' Stipulation Motion to Extend Deadline to File Motion Under Rule 54(d).

The Court finds that good cause has been shown and the requested relief should be granted.

Accordingly,

**IT IS SO ORDERED** that:

The time for any party to file a motion under Fed. R. Civ. P. 54(d) is hereby extended up

Order Granting Motion to Set New Deadline;

No. 2:14-cv-0196-RSM

to and including May 17, 2019.

DATED this 1 day of April 2019.

                                              RICARDO S. MARTINEZ
                                              CHIEF UNITED STATES DISTRICT JUDGE