# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant,<br>and<br><br>NORTHWEST PULP & PAPER ASS'N, et alia<br><br>Defendant-Intervenors | No. 2:14-cv-0196-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE MOTION UNDER RULE 54(d)** |

BEFORE THE COURT is the Parties' Stipulated Motion to Extend Deadline to File Motion Under Rule 54(d). The Court finds that good cause has been shown and the requested relief should be granted. Accordingly,

**IT IS SO ORDERED** that the time for any party to file a motion under Fed. R. Civ. P. 54(d) is hereby extended up to and including June 17, 2019.

DATED this 21st day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE