# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant, <br> and <br><br> NORTHWEST PULP & PAPER ASS'N, et alia <br><br> Defendant-Intervenors | No. C14-0196 RSM <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION UNDER RULE 54(d)** |

BEFORE THE COURT is the Parties' Joint Motion to Extend Deadline to File Motion Under Rule 54(d). The Court finds that good cause has been shown and the requested relief should be granted. Accordingly,

IT IS SO ORDERED that the time for any party to file a motion under Fed. R. Civ. P. 54(d) is hereby extended up to and including July 31, 2019.

//

//

//

//

DATED this 19th day of June 2019.

                                          RICARDO S. MARTINEZ
                                          CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

John H. Martin
U.S. DEPARTMENT OF JUSTICE
Environmental & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1383
Fax: (303) 844-1350
john.h.martin@usdoj.gov

Attorney for Defendant EPA