The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,  )<br>  )<br>  Defendant,  )<br>  and  )<br>  )<br> NORTHWEST PULP & PAPER ASS'N, et al.  )<br>  )<br>  Defendant-Intervenors.  )  | No. 2:14-cv-0196-RSM<br><br>JOINT STATUS REPORT, STIPULATED MOTION AND ORDER FOR A 34-DAY EXTENSION UNTIL NOVEMBER 19, 2021<br><br>Notice on Motion Calendar: October 14, 2021 |

Defendant United States Environmental Protection Agency (EPA) and Plaintiff Northwest Environmental Advocates (NWEA), by and through their respective attorneys, submit this joint status report as required by the Court's Order Granting Stay Pending Voluntary Reconsideration, dated October 17, 2018 (Dkt. 95) ("Order"). In addition, EPA requests a 34-

day extension of the October 16, 2021 date in the Court's Order (Dkt. 95 ¶ 3), until November 19, 2021, to complete its reconsideration of the outstanding actions subject to that Order. NWEA stipulates to this requested relief, and counsel for the intervenors in this case (State of Washington Department of Ecology, Washington Cattlemen's Association, Northwest Pulp and Paper Association, Washington Forest Protection Association, and American Forest Resource Council) have authorized the undersigned counsel for EPA to represent that they do not oppose this requested relief.

The grounds for this Status Report and Motion are as follows:

1)      As explained in the previously filed Unopposed Joint Motion for a Stay of Proceedings Pending Voluntary Reconsideration, EPA is reconsidering administrative actions challenged in this case, Dkt. 94 ¶ 3; at the time of the Unopposed Joint Motion, EPA expected that the reconsideration process could take three years, *id.*; and, upon completion of that process, the claims in this action may be rendered moot, *id.* ¶ 4.  The Order granted that Motion and directed the parties to file a status report every 180 days, stating any relevant changes in the case and explaining whether the stay should continue.  Dkt. 95 ¶ 5.

2)      As explained in more detail in the Unopposed Joint Motion, EPA is reconsidering certain submittals by the State of Washington to evaluate whether the submittals are water quality standards that should be approved or disapproved under Clean Water Act (CWA) Section 303(c), 33 U.S.C. § 1313(c), or to determine that certain state provisions are not water quality standards subject to review and approval or disapproval by EPA under CWA Section 303(c).

3)      EPA has completed its administrative reconsideration of six of the submittals under review pursuant to the Unopposed Joint Motion and the Court's Order.  That Motion and the Order anticipated that EPA would complete its review of all the submittals by October 16, 2021.  The Order provides that, for a subject action for which EPA has not completed its review by October 16, 2021, Plaintiff may file a motion to lift the stay of this case and request a briefing schedule for the adjudication of the claim corresponding to that action.  Dkt. 95 ¶ 3.

4)      EPA is currently undertaking the final analysis and review necessary before it can complete its reconsideration of the outstanding seven submittals, but requires an additional 34 days, until November 19, 2021, to complete that process.  The outstanding seven submittals are provisions concerning Washington's "natural conditions criteria" and EPA expects to complete reconsideration of these seven submittals at the same time.  This additional time is needed for EPA to finalize the decision document for the proposed action, to complete briefing for EPA management, including recently installed EPA officials, and to obtain final approvals and signature.  Accordingly, EPA requests an extension of the October 16, 2021 date in the Order, Dkt. 95 ¶ 3, to November 19, 2021.

5)      In accordance with the Order, after EPA completes its administrative reconsideration of the subject actions, the parties will file an appropriate motion or motions seeking dismissal of the case or otherwise explaining why dismissal is not appropriate.

Accordingly, EPA requests that the Court extend the October 16, 2021 date in Paragraph 3 of its Order (Dkt. 95), by 34 days, until November 19, 2021.


IT IS SO ORDERED this 19th day of October, 2021.



RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1

Respectfully submitted,

2

3

By:  /s/  Allison LaPlante/DJK                      By:    /s/  David Kaplan
     Allison LaPlante, OSB # 023614                          David J. Kaplan

4

     (admitted *pro hac vice*)                               U.S. DEPARTMENT OF JUSTICE
     Kevin Cassidy, OSB # 025296                             Environment & Natural Resources

5

     (admitted *pro hac vice*)                               Division
     EARTHRISE LAW CENTER                                    Environmental Defense Section

6

     10015 SW Terwilliger Boulevard                          P.O. Box 7611
     Portland, OR 97219                                      Washington, D.C. 20044-7611

7

     Tel: (503) 768-6894                                     Tel: (202) 514-0997
     Fax: (503) 768-6642                                     Fax: (202) 514-8865

8

     laplante@lclark.edu                                     david.kaplan@usdoj.gov
     cassidy@lclark.edu

9

10

     David A. Bricklin, WSBA # 7583                     *Attorney for Defendant EPA*
     Bryan Telegin, WSBA # 46686

11

     BRICKLIN & NEWMAN, LLP
     1001 Fourth Avenue, Suite 3303

12

     Seattle, WA  98154
     Tel: (206) 264-8600

13

     Fax: (206) 264-9300

14

     bricklin@bnd-law.com
     telegin@bnd-law.com

15

16

     *Attorneys for Plaintiff NWEA*

17

18

19

20

21

22

23

24

25

26

1

CERTIFICATE OF SERVICE

2          I hereby certify that on October 14, 2021, I electronically filed the foregoing filing with
3    the Clerk of the Court using the CM/ECF system, which will send notification of such to the
     attorneys of record.

4                                                                /s/ David Kaplan

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26