**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, | ) ) ) |
| Plaintiff, | ) No. 2:14-cv-0196-RSM ) ) JOINT AND UNOPPOSED MOTION AND |
| v. | ) PROPOSED ORDER FOR THE DISMISSAL ) OF REMAINING PORTIONS OF |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) PLAINTIFF'S THIRD AND FOURTH ) CLAIMS IN ITS AMENDED COMPLAINT, ) AND FOR TERMINATION OF THE CASE |
| Defendant, and | ) ) NOTE ON MOTION CALENDAR: |
| NORTHWEST PULP & PAPER ASS'N, et al., | ) October 6, 2022 ) ) |
| Defendant-Intervenors. | ) ) |

    Plaintiff Northwest Environmental Advocates and Defendant U.S. Environmental Protection Agency ("EPA") hereby move the Court to dismiss with prejudice the portions of Plaintiff's Third and Fourth claims for relief that the Court, per its Order dated October 17, 2018 (ECF No. 95), stayed pending EPA's reconsideration of those portions of claims. EPA has completed its reconsideration process and issued its decisions on reconsideration, thereby rendering moot or otherwise resolving the referenced portions of claims. Therefore, those

Joint and Unopposed Motion and
Order For Dismissal of Portions of
Claims Three and Four
No. 2:14-cv-0196-RSM                1

referenced portions of Plaintiff's Third and Fourth claims for relief should be dismissed with prejudice. The undersigned counsel for EPA has been authorized by the respective counsel for each of the intervenors in this case—Defendant-Intervenors State of Washington Department of Ecology, Washington Cattlemen's Association, Northwest Pulp and Paper Association, Washington Forest Protection Association, and American Forest Resource Council—to state that each such party does not oppose the relief requested by this motion, and thus this joint motion is unopposed.

Accordingly, Plaintiff and EPA jointly request that the Court dismiss with prejudice the portions of Claim Three of Plaintiff's First Amended Complaint (ECF No. 54) that correspond to Paragraphs 97(b), (c), (d) and (e) of that Complaint; the portions of Claim Four that correspond to Paragraph 104(a) of that Complaint related to WAC 173-201A-200(1)(c)(i) and WAC 173-201A-210(1)(c)(i); and the portions of Claim Four that correspond to Paragraphs 104(b), (c), (d) and (e) of that Complaint. Because the other claims in this case have been previously resolved, *see* Dkt. Nos. 51, 96, with the dismissal of the claims requested above, this case can be terminated.

IT IS SO ORDERED, this 12th day of October, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Joint and Unopposed Motion and
Order For Dismissal of Portions of
Claims Three and Four
No. 2:14-cv-0196-RSM                        2